1  Jeremy Pasternak, Esq., Bar No. 181618
   Maria-Theresa Peralta, Esq., Bar No. 293162
2  **LAW OFFICES OF JEREMY PASTERNAK**
   A Professional Corporation
3  445 Bush St., Sixth Floor
   San Francisco, CA 94108
4  Telephone:  (415) 693-0300
   Facsimile:  (415) 693-0393
5
   Attorneys for Plaintiff
6  NATHANIEL GILES

7  Andrew M. McNaught, Esq., Bar No. 209093
   Shireen Yvette Wetmore, Esq., Bar No. 278501
8  **SEYFARTH SHAW LLP**
   560 Mission Street, Suite 3100
9  San Francisco, CA 94105
   Telephone: (415) 397-2823
10 Fascimile (415) 397-8549

11 Attorneys for Plaintiff
   UNIVERSAL HOSPITAL SERVICES, INC.
12

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| NATHANIEL GILES, | Case No. C-13-00923 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: DISCOVERY CUT-OFF DEADLINE AND HEARING ON DISPOSITIVE MOTIONS DEADLINE** |
| v. | |
| UNIVERSAL HOSPITAL SERVICES, INC., | |
| Defendant. | |
| | Date Action Filed:   Feb. 28, 2013 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Nathaniel Giles ("Plaintiff") and Defendant Universal Hospital Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel fo records, hereby stipulate and agree as follows:

1.     WHEREAS, on December 13, 2013, Judge Breyer issued a Case Management Conference Order setting the trial date in this matter;

1    2.   WHEREAS, Judge Breyer's Case Management Conference Order ordered that all other dates, including the Discovery Cut-Off Deadline and Hearing on Dispositive Motions Deadline, were to be agreed upon by counsel;

3.   WHEREAS, the Parties have conferred and hereby agree to the following:

a)   that the non-expert Discovery Cut-Off shall be August 15, 2014;

b)   the last day on which Dispositive Motions may be heard shall be September 19, 2014;

THEREFORE, in light of the Parties' agreement, the Parties respectfully request that this Court schedule the non-expert Discovery Cut-Off Deadline for August 15, 2014 and schedule the Hearing on Dispositive Motion Deadline for September 19, 2014.

**IT IS SO STIPULATED.**

Dated: June __, 2014        **LAW OFFICES OF JEREMY PASTERNAK**
                            **A Professional Corporation**


                            By: _____
                                JEREMY PASTERNAK
                                MARIA-THERESA PERALTA
                                Attorneys for Plaintiff
                                NATHANIEL GILES

Dated: June __, 2014        **SEYFARTH SHAW LLP**



                            By: _____
                                WILLIAM M. BROWN
                                ANTHONY J. MUSANTE
                                Attorneys for Defendant
                                UNIVERSAL HOSPITAL SERVICES, INC.

/ / /

/ / /

/ / /

**ORDER**

The Court, having considered the Parties' stipulation regarding the Discovery Cut-Off Deadline and Hearing on Dispositive Motions Deadline, orders the Discovery Cut-Off Deadline scheduled for August 15, 2014 and the Hearing on Dispositive Motion Deadline scheduled for September 26, 2014.

**IT IS SO ORDERED.**

Dated: July 10, 2014                    _____
                                         Hon. Charles R. Breyer
                                         Judge of the United States District Court